

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 22, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/2025
```

**By ECF**
Hon. Mary Kay Vyskocil
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007
VyskocilNYSDChambers@nysd.uscourts.gov

      Re:    *Grann v. Federal Bureau of Investigation*, 25 Civ. 3725 (MKV)

Dear Judge Vyskocil:

      I write on behalf of the parties to this Freedom of Information Act ("FOIA") case respectfully to request a four-day extension, to August 29, of the parties' time to file a Joint Letter and Proposed Case Management Plan ("Joint Letter"). Per the Court's Scheduling Order of August 4, 2025 (Dkt. No. 8), the Joint Letter is due August 25. This is the parties' first request for an extension of this deadline.

      Plaintiff filed the instant action in connection with eight FOIA requests to the Federal Bureau of Investigation ("FBI"). FBI's responses to those requests were at various stages at the time Plaintiff filed his complaint: FBI had denied some of those requests, which denials Plaintiff had administratively appealed; FBI had produced records or pointed Plaintiff to potentially responsive records in FBI's FOIA Library in response to other requests, after which Plaintiff had made follow-up requests; and FBI had not yet responded to one request.

      The parties are now attempting to reach agreement on a proposed schedule by which FBI can conduct additional searches for responsive records; produce any additional responsive documents FBI agrees should be produced; and, as to the requests which were initially denied, review those denials. These steps are needed to identify what requests, documents, or categories of documents are in dispute, before the parties can file cross-motions for summary judgment to resolve those disputes. The parties may be able to reach agreement as to certain requests, certain documents, or certain categories of documents, which would narrow the scope of summary judgment practice.

      The parties ask for this four-day extension to allow additional time to attempt to reach agreement on such a schedule or at least narrow any remaining disputes.

      The parties thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    */s/ Jacob Lillywhite*
JACOB LILLYWHITE
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
(212) 637-2639
jacob.lillywhite@usdoj.gov

cc: Daniel R. Novack, Esq.
    *Counsel for Plaintiff David Grann*
    (by ECF)

---

**Granted. SO ORDERED.**

Date: August 26, 2025     */s/ Mary Kay Vyskocil*
New York, New York         Mary Kay Vyskocil
                                       United States District Judge